■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
GLEN A. SHOEN, JR., Appellant. [621 NYS2d 938] —Appeal from a
judgment of the County Court of Broome County (Mathews,
J.), rendered April 29, 1993, which revoked defendant's proba-
tion and imposed a sentence of imprisonment.

Defendant originally pleaded guilty to sexual abuse in the
first degree and was sentenced to six months' jail time and
five years' probation. During his probationary period, defen-
dant was charged with another crime and, upon his failure to
appear for arraignment on a violation of probation petition, a
warrant was issued for his arrest. Defendant was subsequently
arrested in North Carolina and again charged with violating
his probation by leaving the jurisdiction of County Court
without permission. Upon defendant's plea of guilty of violat-
ing probation, County Court revoked defendant's probation
and sentenced him to a term of imprisonment of 1⅓ to 4
years.

Review of the presentence report reveals that, contrary to
defendant's contention, County Court did have an updated

report prior to sentencing. Further, given defendant's admitted violation of probation in absconding from the State, we find no basis to disturb the sentence imposed by County Court.

Mikoll, J. P., Mercure, Crew III, White and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed.